# Choctawhatchie H'dwood L. Co. *v.* Adams.

*Assumpsit.*

(Decided June 11, 1914.  65 South. 678.)

*Attachment; Default Judgment; Complaint.*—Before a default judgment can be rendered in an attachment proceeding it is necessary that plaintiff file a complaint as required by section 2961, Code of 1907.

APPEAL from Geneva Circuit Court.

Heard before Hon. H. A. PEARCE.

Assumpsit by J. E. Adams against the Choctawhatchie Hardwood Lumber Company, begun by attachment which was levied October 23, 1912, upon certain property therein described. On the same day the defendant in attachment executed bond for the forthcoming of the property levied on and it was released to him. On April 2, 1913, judgment by default was rendered and the property adjudged subject to the writ from which judgment the defendant appeals. Reversed and remanded.

C. D. Carmichael, for appellant. The court improperly rendered judgment by default in the absence of a complaint filed by the plaintiff.—Section 2961, Code 1907; *Penn v. Edwards,* 42 Ala. 605; *Haygood v. Tait,* 126 Ala. 264.

W. O. MULKEY, for appellee. No brief reached the Reporter.

PELHAM, J.—The default judgment rendered against the appellant as defendant in the attachment proceedings was unauthorized, in that the statute in

such cases made and provided requires the plaintiff to file a complaint.—Code 1907, § 2961. The judgment is shown to have been rendered without a complaint having been filed. This constitutes reversible error.—*Penn v. Edwards,* 42 Ala. 655. See, also, *Haygood v. Tait,* 126 Ala. 264, 27 South. 842, and authorities there cited.

Reversed and remanded.